MPC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**M 12 - 262**

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

SHIYANG GOU,

                  Defendant.

- - - - - - - - - - - - - - - - - -X

AFFIDAVIT IN SUPPORT OF
REMOVAL TO THE
DISTRICT OF
NEVADA

(Fed. R. Crim. P. 5(c))

EASTERN DISTRICT OF NEW YORK, SS:

       TATE JARROW, being duly sworn, deposes and says that he is a Special Agent with the United States Secret Service ("USSS"), duly appointed according to law and acting as such.

       Upon information and belief, on January 10, 2012, an arrest warrant was issued by the United States District Court for the District of Nevada, commanding the arrest of the defendant SHIYANG GOU, for Participation in a Racketeer Influenced Corrupt Organization.

       The source of your deponent's information and the grounds for his belief are as follows:

       1.   On January 10, 2012, an arrest warrant was issued by the United States District Court for the District of Nevada, commanding the arrest of the defendant SHIYANG GOU, for Participation in a Racketeer Influenced Corrupt Organization pursuant to an Indictment issued by the District of Nevada.  A copy of the arrest warrant and indictment are attached.

2.  I am an Special Agent with the USSS currently assigned to the New York Field Office.

3.  It is the desire of the United States Attorney for the District of Nevada that the defendant be removed to that district for prosecution.

4.  In connection with the underlying investigation federal agents were able to identify the defendant through a photograph the defendant provided to others for the purpose of procuring a counterfeit driver's license in a fictitious name so he could continue his fraud.

5.  During the course of the investigation law enforcement agents discovered that the defendant was using a computer located at 74 Vermont Street Apt 1A Brooklyn, NY. Agents requested information regarding the IP address the defendant was using to commit the fraud and agents discovered that it was registered under the name SHIYANG GOU.

6.  A search warrant was signed by the Honorable Steven M. Gold for 74 Vermont Street Apt 1A Brooklyn, NY on March 14, 2012. During the search of the premises federal law enforcement agents observed the defendant as being the same individual from the photograph the defendant provided during the underlying investigation.  The defendant then provided a valid driver's license to agents in the name of SHIYANG GOU.

2

WHEREFORE, it is requested that the defendant SHIYANG GOU be removed to the District of Nevada so that he may be dealt with according to law.

TATE BARROW
Special Agent
United States Secret Service

Sworn to before me this
15th day of March, 2012

3

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   2:12-cr- 0 0 4 |
| SHIYANG GOU | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    SHIYANG GOU                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §1962(c) and 1963: Participation in a Racketeer Influenced Corrupt Organization
18 U.S.C. § 1962(d): Conspiracy to Engage in a Racketeer Influenced Corrupt Organization
18 U.S.C. § 1028(a)(1): Unlawful Trafficking in and Production of Counterfeit Identification Documents or Authentication Features

| | |
|---|---|
| LANCE S. WILSON | January 10, 2012 |
| CLERK | DATE |
| *Lance S. Wilson* | |
| (By) DEPUTY CLERK | |

| Return | |
|---|---|
|     This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____ <br> *Arresting officer's signature* |
| | _____ <br> *Printed name and title* |

1  DANIEL G. BOGDEN
   United States Attorney
2  KIMBERLY M. FRAYN
   ANDREW W. DUNCAN
3  Assistant United States Attorneys
   333 Las Vegas Blvd. South, Suite 5000
4  Las Vegas, Nevada 89101
   (702) 388-6336/Fax: (702) 388-6418
5
   Attorneys for the Government
6

```
        _____ FILED          _____ RECEIVED
        _____ ENTERED        _____ SERVED ON
                          COUNSEL/PARTIES OF RECORD

                    JAN 10 2012

              CLERK US DISTRICT COURT
                DISTRICT OF NEVADA
        BY:_____ DEPUTY
```

7              **UNITED STATES DISTRICT COURT**

8                 **DISTRICT OF NEVADA**

9                        -oOo-

| | |
|---|---|
| 10  UNITED STATES OF AMERICA | )  CRIMINAL INDICTMENT |
| 11        PLAINTIFF | )  2:12-CR- *604* |
| 12  VS. | )  **VIOLATIONS:** |
| 13  [1] ▮▮▮▮▮▮▮▮▮, <br> A.K.A. ADMIN, <br> A.K.A. SUPPORT, <br> 14  (Counts 1-2, 19) | )  18 U.S.C. §1962(c) and 1963: Participation <br> in a Racketeer Influenced Corrupt <br> Organization (Count 1); |
| 15  [2] ▮▮▮▮▮▮▮▮▮, <br> A.K.A. GRAF, <br> 16  (Counts 1-2, 33, 44, 47) | )  18 U.S.C. § 1962(d): Conspiracy to <br> Engage in a Racketeer Influenced <br> Corrupt Organization (Count 2); |
| 17  [3] ALEXANDER KOSTYUKOV, <br> A.K.A.TEMP, <br> 18  A.K.A. KLBS, (Counts 1-2, 3-17) | )  18 U.S.C. § 1028(a)(1): Unlawful <br> Trafficking in and Production of Counterfeit <br> Identification Documents or Authentication <br> Features (Counts 3 -17); |
| 19  [4] MACEO BOOZER III , <br> A.K.A. XXXSIMONE , <br> 20  A.K.A. G4 , <br> A.K.A. EL PADRINO , <br> 21  A.K.A. MR. RIGHT, <br> A.K.A. MRDC87, <br> 22  (Counts 1-2, 3-17) | )  18 U.S.C. § 1028(a)(1): Attempt to Unlawful <br> Trafficking in and Production of Counterfeit <br> Identification Documents or Authentication <br> Features (Count -18); |
| 23  [5] ▮▮▮▮▮▮▮, <br> A.K.A. ▮ <br> 24  A.K.A. RAY, <br> (Counts 1-2, 3-17) | )  18 U.S.C. § 1028(a)(2): Conspiracy to <br> Unlawfully Transfer Identification <br> Document, Authentication Feature, and False <br> Identification Document (Count 19); |
| 25 | )  18 U.S.C. § 1028(a)(7) and (c)(3)(A): <br> Unlawful Transfer, Possession, and Use of a <br> Means of Identification (Count 20); |
| 26  [6] EDWARD MONTECALVO , <br> A.K.A NIGHTMARE, <br> A.K.A. TENURE44, <br> (Counts 1-2, 3-17, 22-55) | )  18 U.S.C. § 1029(a)(2): Trafficking in and <br> Use of Counterfeit and Unauthorized Access <br> Devices (Count 21); |

[7] ████████████████ ,
A.K.A IBATISTUTA,
(Counts 1-2)

[8] ███████████████████████
A.K.A.
A.K.A. CC - - .TRADER,
A.K.A. KENGZA,
(Counts 1-2, 20, 22-55)

[9] JERMAINE SMITH ,
A.K.A. SIRCHARLIE57,
A.K.A. FAIRBUSINESSMAN,
(Counts 1-2, 61- 62)

[10] MAKYL HAGGERTY,
A.K.A. WAVE,
(Counts 1-2)

[11] ████████████████████████ ,
A.K.A. BANK MANAGER,
A.K.A. DOCUMENT MANAGER,
A.K.A. COREY, (Counts 1-2, 61-62)

[12] █████████████████
A.K.A. ABAGNALEFRANK, (Counts 1-2)

[13] ██████████████████████
A.K.A.DEVICA,
(Counts 1-2)

[14] █████████████████
A.K.A. TRACK2,
A.K.A. BULBA,
A.K.A. NCUX,
(Counts 1-2, 22-55)

[15] QASIR MUKHTAR,
A.K.A. CALIBER,
(Counts 1-2, 56-60)

[16] ████████████████
A.K.A.
A.K.A. PATISTOTA, (Counts 1-2, 22-55)

[17] ███████████████
A.K.A. SOURCE,
(Counts 1-2, 22-55)

[18] ██████████████
A.K.A. C4RD3R,
(Counts 1-2, 22-55)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

18 U.S.C. § 1029(a)(3): Possession of
Fifteen or More Counterfeit and
Unauthorized Access Devices
(Counts 22 -55);

18 U.S.C. § 1029(a)(4): Unlawful
Possession, Production and Trafficking in
Device-Making Equipment
(Counts 56-60);

18 U.S.C. § 1029(a)(4): Conspiracy to
Unlawful Possession, Production and
Trafficking in Device-Making Equipment
(Counts 61-62); and

18 U.S.C. § 2: Aiding and Abetting (Counts
1, 3-17, 18, 20, 21, 22-56, 61-62).

2

1   [19] ████████████
    A.K.A. BOWL,
2   (Counts 1-2, 22-55)                          )
                                                 )
3   [20] ████████████,                           )
    A.K.A. DORBIK,                               )
    A.K.A. MATAD0R,                              )
4   (Count 2)                                    )
                                                 )
5                                                )
    [21] MICHAEL LOFTON,                         )
6   A.K.A. KILLIT,                               )
    A.K.A. LOFEAZY,                              )
7   (Counts 1-2, 3-17)                           )
                                                 )
8   [22] SHIYANG GOU,                            )
    A.K.A. CDER,                                 )
9   (Counts 1-2, 3-17)                           )
                                                 )
10  [23] DAVID RAY CAMEZ,                        )
    A.K.A. BADMAN,                               )
11  A.K.A. DOCTORSEX,                            )
    (Counts 1-2, 3-17)                           )
12                                               )
    [24] CAMERON HARRISON,                       )
13  A.K.A. KILOBIT,                              )
    (Counts 1-2, 3-17)                           )
14                                               )
    [25] ████████████                            )
15  A.K.A. QILLER,                               )
    (Counts 1-2, 3-17)                           )
16                                               )
    [26] DUVAUGHN BUTLER,                        )
17  A.K.A. MACKMANN,                             )
    (Counts 1-2, 21, 61-62)                      )
18                                               )
    [27] FREDRICK THOMAS,                        )
19  A.K.A 1STUNNA,                               )
    (Counts 1-2)                                 )
20                                               )
    [28] JOHN DOE 1,                             )
21  A.K.A SENNA071,                              )
    (Counts 1-2, 3-17)                           )
22                                               )
    [29] JOHN DOE 2,                             )
23  A.K.A. MORFIY,                               )
    (Counts 1-2, 3-17)                           )
24                                               )
    [30] JOHN DOE 3,                             )
25  A.K.A. GRUBER,                               )
    (Counts 1-2, 18)                             )
26                                               )

3

```
1    [31]  JOHN DOE 4,                        )
     A.K.A. MAXXTRO,                          )
2    (Counts 1-2)                             )
                                              )
3    [32]  JOHN DOE 5,                        )
     A.K.A. ELIT3,                            )
4    (Counts 1-2)                             )
                                              )
5    [33]  JOHN DOE 6,                        )
     A.K.A. FOZZY,                            )
6    (Counts 1-2, 22-55)                      )
                                              )
7    [34]  JOHN DOE 7,                        )
     A.K.A. VITRUM,                           )
8    A.K.A. LERMENTOV,                        )
     (Counts 1-2, 22-55)                      )
9                                             )
     [35]  ██████████                         )
10   A.K.A. PANTHER,                          )
     A.K.A. EUPHORIC,                         )
11   A.K.A. DARKMTH,                          )
     (Counts 1-2, 22-55)                      )
12                                            )
     [36]  JOHN DOE 8,                        )
13   A.K.A. TM,                               )
     (Counts 1-2, 22-55)                      )
14                                            )
     [37]  JOHN DOE 9,                        )
15   A.K.A. ZO0MER,                           )
     A.K.A. DEPUTAT,                          )
16   (Counts 1-2, 22-55)                      )
                                              )
17   [38]  JOHN DOE 10,                       )
     A.K.A. CENTURION,                        )
18   (Counts 1-2, 22-55)                      )
                                              )
19   [39]  JOHN DOE 11,                       )
     A.K.A. CONSIGLIORI,                      )
20   (Counts 1-2, 61-62)                      )
                                              )
21                   DEFENDANTS.              )
     _____
22
23
24
25
26
```

**THE GRAND JURY CHARGES THAT:**

## GENERAL ALLEGATIONS

The following General Allegations are realleged and incorporated *in toto* by reference in Count One (Participate in a Racketeer Influenced Corrupt Organization) and Count Two (Conspiracy to Engage in a Racketeer Influenced Corrupt Organization) herein.

## **THE ENTERPRISE**

1.     At all times relevant to this indictment,

[1] ███████████ a.k.a. Admin a.k.a. Support;
[2] ███████████ a.k.a. Graf;
[3] **ALEXANDER KOSTYUKOV** a.k.a. Temp a.k.a. Klbs;
[4] **MACEO BOOZER III** a.k.a. XXXSimone a.k.a. G4 a.k.a. El Padrino a.k.a. Mr. Right **a.k.a.** mrdc87;
[5] ███████████ a.k.a. Ray Wong a.k.a. Ray;
[6] **EDWARD MONTECALVO** a.k.a. N1ghtmare a.k.a. Tenure44;
[7] ███████████ a.k.a Ibatistuta;
[8] ███████████ a.k.a. ███████████ a.k.a. CC – – Trader a.k.a. Kengza;
[9] **JERMAINE SMITH** a.k.a. Sircharlie57 a.k.a. Fairbusinessman;
[10] **MAKYL HAGGERTY** a.k.a. Wave;
[11] ███████████ a.k.a. Bank Manager a.k.a. Document Manager a.k.a. Corey;
[12] ███████████ a.k.a. Abagnalefrank;
[13] ███████████ a.k.a. Devica;
[14] ███████████ a.k.a. Track2 a.k.a. Bulba a.k.a. Ncux;
[15] **QASIR MUKHTAR** a.k.a. Caliber;
[16] ███████████ a.k.a. ███████████ a.k.a. Patistota;
[17] ███████████ a.k.a. Source;
[18] ███████████ a.k.a. C4rd3R;
[19] ███████████ a.k.a. Bowl;
[20] ███████████ a.k.a. Dorbik a.k.a. Matad0r;
[21] **MICHAEL LOFTON** a.k.a. Killit a.k.a. Lofeazy;
[22] **SHIYANG GOU** a.k.a. Cder;
[23] **DAVID RAY CAMEZ** a.k.a. Bad Man a.k.a. Doctorsex;
[24] **CAMERON HARRISON** a.k.a. Kilobit;
[25] ███████████ a.k.a. Qiller;
[26] **DUVAUGHN BUTLER** a.k.a. Mackmann;
[27] **FREDRICK THOMAS** a.k.a 1Stunna;
[28] **JOHN DOE 1** a.k.a Senna071;
[29] **JOHN DOE 2** a.k.a. Morfiy;
[30] **JOHN DOE 3** a.k.a. Gruber;
[31] **JOHN DOE 4** a.k.a. Maxxtro;
[32] **JOHN DOE 5** a.k.a. Elit3;
[33] **JOHN DOE 6** a.k.a. Fozzy;
[34] **JOHN DOE 7** a.k.a. .Vitrum a.k.a. Lermentov;

[35] ███████████ a.k.a. Panther a.k.a. Euphoric a.k.a. Darkmth;
[36] **JOHN DOE 8** a.k.a. TM;
[37] **JOHN DOE 9** a.k.a. Zo0mer a.k.a. Deputat;
[38] **JOHN DOE 10** a.k.a. Centurion; and
[39] **JOHN DOE 11** a.k.a. Consigliori;

the defendants herein, and others known and unknown, are members of, employed by, and associates of a criminal organization, hereafter referred to as "the Carder.su organization," whose members engage in acts of identity theft and financial fraud, including, but not limited to, acts involving trafficking in stolen means of identification; trafficking in, production and use of counterfeit identification documents; identity theft; trafficking in, production and use of unauthorized and counterfeit access devices; and bank fraud; and whose members interfere with interstate and foreign commerce through acts of identity theft and financial fraud. Members and associates of the Carder.su organization operate principally in Las Vegas, Nevada, and elsewhere.

2.     The Carder.su organization, including its leadership, members, and associates, constitutes an "enterprise," as defined by Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact, although not a legal entity. The enterprise constitutes an ongoing organization whose members function as a continuing unit for a common purpose of achieving the objectives of the enterprise. The enterprise is engaged in, and its activities affect, interstate and foreign commerce.

## PURPOSES OF THE ENTERPRISE

3.     The purposes of the enterprise include, but are not limited to, the following:

A.     to enrich the members and associates of the enterprise through the unlawful trafficking in: means of identification, document-making implements, counterfeit identification documents, device-making equipment, and, unauthorized and counterfeit access devices;

B.     to create, maintain, and control a marketplace for the distribution of stolen property, such as victims' personal and financial means of identification;

6

C.     to protect the enterprise and its members from detection, apprehension and prosecution by law enforcement;

D.     to preserve and protect the operations and profit of the enterprise through the use of discipline, expulsion, and other acts of retribution; and

E.     to promote and enhance the reputation and standing of the enterprise and its members among rivals.

## MEANS AND METHODS OF THE ENTERPRISE

4.     Among the means and methods by which the defendants and their associates conduct and participate in the conduct of the affairs of the enterprise include, but are not limited to, the following:

A.     Members of the enterprise and their associates did traffic in and produce, did attempt to traffic in and produce, and did conspire to traffic in and produce, counterfeit identification documents, which affects interstate and foreign commerce.

B.     Members of the enterprise and their associates did unlawfully transfer, did attempt to unlawfully transfer, and did conspire to unlawfully transfer counterfeit identification documents, which affects interstate and foreign commerce.

C.     Members of the enterprise and their associates did possess document-making implements, did attempt to possess document-making implements, and did conspire to possess document-making implements, which affects interstate and foreign commerce.

D.     Members of the enterprise and their associates did unlawfully transfer, possess and use, did attempt to unlawfully transfer, possess and use, and did conspire to unlawfully transfer, possess and use a means of identification of

7

another person in the commission of and in connection with the crime of Bank Fraud, which affects interstate and foreign commerce.

E.   Members of the enterprise and their associates did traffic in and use, did attempt to traffic in and use, and did conspire to traffic in an use counterfeit and unauthorized access devices, which affects interstate and foreign commerce.

F.   Members of the enterprise and their associates did possess, did attempt to possess, and did conspire to possess fifteen (15) or more counterfeit and unauthorized access devices, which affects interstate and foreign commerce.

G.   Members of the enterprise and their associates did traffic in and possess, did attempt to traffic in and possess, and did conspire to traffic in and possess device-making equipment, which affects interstate and foreign commerce.

H.   Members of the enterprise and their associates did plan, attempt to plan, and conspire to plan, with the intent to defraud, schemes to unlawfully obtain money and property from banks and other financial institutions by way of fraud, and material misrepresentations and false promises.

I.   Members of the enterprise and their associates did use various means of communication designed to protect the membership's anonymity and to provide security for the criminal organization from attack by other rival criminal organizations and from law enforcement detection, including but not limited to, the use of:

        (i)   Various website forums and chat rooms, such as Carder.info, Carder.su, Crdsu.su, Carder.biz, and Carder.pro, which are controlled by the Carder.su organization for use as their online gathering places, that is, as "virtual clubhouses," which

8

provide secure meeting locations for the members and associates of the criminal organization;

(ii)   Private messaging ("PM") which is a non-forum wide message sent between individual members on the criminal organization's website forums;

(iii)   E-mail, some of which are encrypted and password protected, or use service providers located outside the United States;

(iv)   ICQ chat, which is a free instant messaging electronic communication services provided by ICQ, Inc., a subsidiary of AOL. ICQ user accounts are identified by a Universal Identification Number ("UIN");

(v)   Proxies, which are achieved by bouncing from one computer to another to hide a member's true originating IP address;

(vi)   Virtual Private Network, ("VPNs"), which are similar to a proxy, but with the addition of creating an encrypted tunnel that cannot be monitored; and

(vii)   protected drop sites in the District of Nevada, and elsewhere, in the event that there is a need to transport, transfer, and receive physical items of contraband.

## ROLES OF THE DEFENDANTS

### Organizational Hierarchy

5.   Leaders, members and associates of the Carder.su Organization have defined roles in the enterprise. At all times relevant to this indictment, the defendants participated in the operation and the management of the enterprise as follows:

9

1          a.      Administrator - Defendant [1] ███████████ a.k.a. Admin a.k.a.

2 Support, (hereafter "[1] ███████"), is the Administrator of the Carder.su organization.

3 [1] ██████ serves as the head of the governing council for the criminal organization who,

4 collectively, control the destiny of the enterprise. The administrator handles day-to-day management

5 decisions of the organization, as well as long-term strategic planning for its continued viability. As

6 such, [1] ██████ acts as a leader of the enterprise, by appointing moderators, and directing

7 other members and associates of the enterprise in carrying out unlawful and other activities in

8 furtherance of the conduct of the enterprise's affairs. [1] ██████ determines which

9 individuals can become and remain members of the Carder.su organization. [1] ██████

10 regulates the functions, responsibilities and levels of access to information accorded to each member.

11 [1] ██████ bestows the rewards accorded members for their loyalty to the Carder.su

12 organization, and sets the punishments to be meted out to members evidencing disloyalty to the

13 organization. [1] ██████ decides when, how, and under what circumstances to attack and

14 to retaliate against members of rival criminal organizations and their associated Internet website

15 forums. As the administrator, [1] ██████ has full access to, and privileges on, the computer

16 servers hosting the Carder.su organization's websites. [1] ██████ has ultimate responsibility

17 for the administration, maintenance, anonymity and security of the Carder.su organization's

18 computer servers, as well as for the content of the Carder.su organization's Internet website forums.

19 [1] ██████ s criminal activities in furtherance of the enterprise, include, but are not limited

20 to, the commission of conspiracy to unlawfully transfer and sell false identification documents, and

21 access device fraud.

22          b.      Moderators - Defendants [2] ███████████ a.k.a. Graf,

23 (hereafter "[2] ██████"), and [31] **JOHN DOE 4** a.k.a. Maxxtro (hereafter "[31] **MAXXTRO**"),

24 are Moderators within the Carder.su organization. As such, these defendants act as leaders of the

25 enterprise, directing other members and associates in carrying out unlawful and other activities in

26 furtherance of the conduct of the enterprise's affairs. Moderators are members of the Carder.su

1    organization's governing counsel; as such, they oversee and manage one or more subject matter

2    specific areas on the Carder.su organization's websites that either fall within an area of the

3    Moderators' expertise, or cover their geographic location. As Moderators, [2] ▓▓▓▓ and [31]

4    **MAXXTRO** assist [1] ▓▓▓▓▓▓ in monitoring and policing the Carder.su organization's

5    websites by editing and deleting members' posts on these forums and by mediating disputes among

6    the members. Moderators also frequently serve as Reviewers for particular products or services

7    provided through the enterprise with which they have an expertise. [2] ▓▓▓▓'s criminal

8    activities in furtherance of the enterprise include, but are not limited to, conspiracy to possess and

9    possession of fifteen (15) or more counterfeit and unauthorized access devices. [31] **MAXXTRO's**

10    criminal activities in furtherance of the enterprise include, but are not limited to, transfer and use of

11    means of identification, and possession of fifteen (15) or more counterfeit and unauthorized access

12    devices.

13           c.     Reviewers - The Carder.su organization allows members to sell contraband,

14    including, but not limited to, counterfeit documents and stolen bank account and credit card

15    information by way of the Carder.su organization's websites to further the activities of the enterprise.

16    Reviewers examine and test products and services that members of the Carder.su organization wish

17    to advertise and sell on its websites. Once Reviewers compete their examination of the products and

18    services, they post a written summary of that examination or testing on the Carder.su organization's

19    websites. A favorable written review is a prerequisite to selling contraband on the websites. While

20    most Reviewers primarily serve in the capacity of Administrator or Moderator for the enterprise, any

21    qualified individual, even a general member, can be appointed by the Administrator to conduct a

22    review. Any member of the Carder.su organization could be appointed to serve as a Reviewer at any

23    time.

24           d.     Vendors - Vendors advertise and sell products, services, and other contraband

25    to members of the Carder.su organization by way of the Carder.su organization's websites after

26    receiving a favorable written review from a Reviewer. Once a Reviewer is designated, a prospective

Vendor is required to ship multiple samples of the product or provide the reviewer with access to the vendor's services to facilitate completion of the review. This contact between the prospective Vendor and the Reviewer is usually made through private email messaging or through a public post in the appropriate section on the Carder.su organization's websites.

(i)    Defendant [3] **ALEXANDER KOSTYUKOV** a.k.a. Temp a.k.a. Klbs, (hereafter "[3] **KOSTYUKOV**"), is a Vendor of cashout services in the Carder.su organization. [3] **KOSTYUKOV**'s cashout services provide members of the Carder.su organization with a method to transfer funds, typically used in connection with obtaining and laundering illicitly obtained funds from stolen bank and credit card accounts. [3] **KOSTYUKOV** receives a fee, generally between forty-five percent (45%) and sixty-two percent (62%) of the total funds laundered, in exchange for providing members with cashout services. [3] **KOSTYUKOV's** criminal activities in furtherance of the enterprise include, but are not limited to, the production and trafficking in counterfeit identification documents.

(ii)    Defendant [4] **MACEO BOOZER III** a.k.a. XXXSimone a.k.a. G4 a.k.a. El Padrino a.k.a. Mr. Right a.k.a. mrdc87, (hereafter " [4] **BOOZER III**"), is a Vendor of "dumps," that is, stolen and otherwise stolen credit card and debit card account data, in the Carder.su organization. [4] **BOOZER III** sells dumps to members for prices ranging from fifteen dollars ($15) to one hundred fifty dollars ($150), depending on the quantity purchased and the geographical location from which the dumps originate. Dumps from the United States are sold as the least expensive and dumps from the Europe are sold as the most expensive. [4] **BOOZER III's** criminal activities in furtherance of the enterprise include, but are not limited to, the production and trafficking in counterfeit identification documents, and possession of fifteen (15) or more counterfeit and unauthorized access devices.

(iii)    Defendant [5] ███████████ a.k.a. ███████ a.k.a. Ray, (hereafter "[5] ██████"), is a Vendor of counterfeit plastic, which is a device-making implement used to produce counterfeit credit cards, in the Carder.su organization. [5] ██████ sells blank

12

1  counterfeit plastic cards to members for twenty dollars ($20) to twenty five dollars ($25) each,

2  depending on the amount ordered, and he requires a minimum order of fifty (50). [5]███████also

3  sells embossed counterfeit credit cards for sixty five dollars ($65) to seventy five dollars ($75) each,

4  with a minimum order of ten (10).  Additionally, [5]██████ also advertises on the Carder.su

5  organization's websites as a Vendor of dumps, that is, stolen Visa credit card account numbers

6  priced from standard cards at thirty dollars ($30) each, to platinum or business cards at forty five

7  dollars ($45) each. [5]██████'s criminal activities in furtherance of the enterprise include, but are

8  not limited to, the production and trafficking in counterfeit identification documents, unlawful

9  transfer and use of a means of identification, and conspiracy to possess device making equipment.

10                (iv)      Defendant [6] **EDWARD MONTECALVO** a.k.a N1ghtmare a.k.a.

11  Tenure44, (hereafter "[6] **MONTECALVO**"), is a Vendor of dumps in the Carder.su organization

12  who also provides to members a dumps checking service, which checks with the issuing financial

13  institution to make sure, at the time of the member's purchase, that the credit card account being sold

14  is still valid and open. [6] **MONTECALVO**'s criminal activities in furtherance of the enterprise

15  include, but are not limited to, the production and trafficking in counterfeit identification documents,

16  possession of document-making equipment, and possession of fifteen (15) or more counterfeit and

17  unauthorized access devices.

18                (v)      Defendant [7]███████████a.k.a Ibatistuta, (hereafter "[7]

19  ██████"), is a Vendor of dumps in the Carder.su organization, as well as a Vendor of counterfeit

20  credit cards, counterfeit holograms, and signature panels that can be used to manufacture counterfeit

21  credit cards. [7]██████sells blank plastic cards to members for ten dollars ($10) to fifteen dollars

22  ($15) each, depending on the quantity ordered.  [7]█████sells the counterfeit holograms and

23  signatures for one dollar ($1) each. [7]█████'s criminal activities in furtherance of the enterprise

24  include, but are not limited to, possession of fifteen (15) or more counterfeit and unauthorized access

25  devices.

26

                                            13

1    ( vi)   Defendant [8] █████████████████ a.k.a. █████

2    ██████ a.k.a. CC - - Trader a.k.a. Kengza, (hereafter "[8] ████████"), is a Vendor in the

3    Carder.su organization of "CVV," that is, stolen credit card account data which typically contains

4    all of a cardholder's information, except not the magnetic track information contained on the rear of

5    the physical credit card. CVV information includes an account holders name, date of birth, Social

6    Security number, address, telephone number and mother's maiden name, as well as the security code

7    on the rear of the credit card. [8] ███████ also sells to members, for ten dollars ($10) each,

8    stolen PayPal accounts, which include username and the password needed to access the PayPal

9    account. [8] ███████ also sells "Fullz," which include full name, billing address, credit card

10   account number, expiration date, Personal Identification Numbers ("PINs"), Social Security number,

11   mother's maiden name, date of birth and the security code on the rear of a credit card, for a victim

12   account for twenty dollars ($20) each, with a minimum order of two hundred dollars ($200). Also,

13   [8] ███████ sells "Enroll/COBs," which include full name, billing address, credit card account

14   number, expiration date, PIN, Social Security number, mother's maiden name, date of birth, the

15   security code on the rear of a credit card, and the username and password to access the account

16   online, for one hundred forty dollars ($140) to two hundred dollars ($200) each, depending on the

17   amount of money in the victim account. [8] ███████'s criminal activities in furtherance of the

18   enterprise include, but are not limited to, transfer and use of means of identification, and possession

19   of fifteen (15) or more counterfeit and unauthorized access devices.

20   ( vii)   Defendant [9] **JERMAINE SMITH** a.k.a. Sircharlie57, a.k.a.

21   Fairbusinessman, (hereafter "[9] **SMITH**"), is a Vendor of counterfeit plastic and counterfeit credit

22   cards in the Carder.su organization. [9] **SMITH's** criminal activities in furtherance of the enterprise

23   include, but are not limited to, possession of fifteen (15) or more counterfeit and unauthorized access

24   devices, and conspiracy to possess and possession of device-making equipment.

25   ( viii)   Defendant [10] **MAKYL HAGGERTY** a.k.a. Wave, (hereafter "[10]

26   HAGGERTY"), is a Vendor of counterfeit identification documents and counterfeit credit cards in

14

1   the Carder.su organization. [10] **HAGGERTY** manufactures and sells counterfeit drivers licenses

2   to members for the states of California, Texas, Wisconsin, Ohio, Rhode Island, Nevada,

3   Pennsylvania, Illinois, Florida, Louisiana, Arizona, Hawaii, South Carolina, Georgia and New

4   Jersey, as well as British Columbia, Canada. The prices range from one hundred dollars ($100) to

5   two hundred dollars ($200), depending on the state. [10] **HAGGERTY** also sells blank counterfeit

6   plastic for twenty dollars ($20) each and embossed counterfeit credit cards for thirty dollars ($30)

7   each. [10] **HAGGERTY** criminal activities in furtherance of the enterprise include, but are not

8   limited to, conspiracy to produce counterfeit identification documents, possession of fifteen (15) or

9   more counterfeit and unauthorized access devices, and conspiracy to possess device-making

10  equipment.

11          ( ix )    Defendant [11] ███████████████     a.k.a. Bank

12  Manager a.k.a. Document Manager a.k.a. Corey, (hereafter "[11] ████"), is a Vendor of

13  counterfeit identification documents, stolen or otherwise stolen corporate account information,

14  dumps, and counterfeit credit cards in the Carder.su organization. [11]███ s criminal activities

15  in furtherance of the enterprise include, but are not limited to, possession of fifteen (15) or more

16  counterfeit and unauthorized access devices, and conspiracy to possess device-making equipment.

17          ( x )    Defendant [12]███████████ a.k.a. Abagnalefrank, (hereafter

18  "[12] ████") is a Vendor of dumps in the Carder.su organization. [12]███ sells members bulk

19  quantities of one hundred (100) mixed Visa and MasterCard accounts for one thousand five hundred

20  dollars ($1,500) and one hundred (100) American Express cards for one thousand dollars ($1,000).

21  [12] ███ 's criminal activities in furtherance of the enterprise include, but are not limited to,

22  unlawful transfer and use of a means of identification, and possession of fifteen (15) or more

23  counterfeit and unauthorized access devices.

24          ( xi )    Defendant [13]████████████a.k.a. Devica, (hereafter

25  "[13]███████████"), is a Vendor in the Carder.su organization of counterfeit credit cards, as

26  well as counterfeit holograms that can be used to manufacture counterfeit credit cards.

1  [13] ███████████ sells blank counterfeit plastic cards to members for forty five dollars ($45)

2  each and embossed counterfeit credit cards for seventy five dollars ($75) each.

3  [13] ███████████'s prices for the counterfeit holograms vary by the quantity purchased.

4  [13] ███████████'s criminal activities in furtherance of the enterprise include, but are not

5  limited to, possession of fifteen (15) or more counterfeit and unauthorized access devices, and

6  conspiracy to possess and possession of device making equipment.

7             ( xii)   Defendant [14] ███████████ a.k.a. Track2 a.k.a. Bulba

8  a.k.a. Ncux, (hereafter "[14] ███████"), is a Vendor in the Carder.su organization of dumps.

9  [14] ████████ sells members such a large volume of product that he has created an automated

10  website, which he advertises on the Carder.su organization's websites.   [14] ███████'s

11  automated website allows members to log into and purchase stolen and otherwise stolen credit card

12  account data without personal interaction with [14] █████████   [14] ████████'s website has

13  a simple interface that allows members to search for the particular type of credit card information

14  they want to buy, add the number of accounts they wish to purchase to their "shopping cart" and then

15  check out.  Payment of funds is automatically deducted from an already-established account funded

16  through L. R., an on-line digital currency payment system.  Upon checking out, the purchased credit

17  card account data is available for the members to download.  [14] █████████ sells each stolen

18  account number for approximately twenty dollars ($20).  [14] ████████'s criminal activities in

19  furtherance of the enterprise include, but are not limited to, conspiracy to possess and possession of

20  fifteen (15) or more counterfeit and unauthorized access devices.

21             (xiii)   Defendant [15] **QASIR MUKHTAR** a.k.a. Caliber, (hereafter "[15]

22  MUKHTAR"), is a Vendor in the Carder.su organization of counterfeit plastic and counterfeit credit

23  cards, as well as counterfeit holograms and signature panels that can be used to manufacture

24  counterfeit credit cards.  [15] **MUKHTAR** sells blank counterfeit plastic cards to members for

25  fifteen dollars ($15) each and embossed counterfeit credit cards for twenty dollars ($20) each.

26  Counterfeit credit cards with a photograph or chip on them cost twenty five dollars ($25) un-

1   embossed, and thirty dollars ($30) embossed. [15] **MUKHTAR** sells counterfeit cards with both

2   chip and photograph for thirty dollars ($30) un-embossed, and thirty five ($35) embossed.

3   [15] **MUKHTAR's** prices for the counterfeit holograms vary by the quantity purchased.

4   [15] **MUKHTAR's** criminal activities in furtherance of the enterprise include, but are not limited

5   to, possession of fifteen (15) or more counterfeit and unauthorized access devices, and conspiracy

6   to possess and possession of device making equipment.

7              ( xiv)   Defendant [16] ███████ a.k.a. ████████ a.k.a. Patistota,

8   (hereafter "[16] ████"), is a Vendor of CVVs in the Carder.su organization. [16] ████ sells the

9   CVVs through an automated website, which he advertises on the Carder.su organization's websites.

10   [16] ████'s website allows members to view his products by looking up specific bank

11   identification numbers ("BINs"), and by looking up the geographical location of the victim CVVs.

12   [16] ████ also sells a lookup service to members that they can use to make sure the CVVs are

13   valid at the time the member purchases them. [16] ████'s criminal activities in furtherance of the

14   enterprise include, but are not limited to, unlawful transfer and use of a means of identification, and

15   possession of fifteen (15) or more counterfeit and unauthorized access devices.

16              ( xv)   Defendant [17] █████████ a.k.a. Source, (hereafter "[17]

17   ████"), is a Vendor of dumps in the Carder.su organization, which he sells to members at prices

18   ranging from twelve dollars ($12) to one hundred fifty dollars ($150), depending on the quantity

19   purchased and the geographical location from which the dumps originate. [17] ████ sells

20   dumps from the United States as the least expensive, and dumps from Europe, the Middle East and

21   Asia as the most expensive. ████ also has an automated website, which he advertises on the

22   Carder.su organization's websites. [17] ████ website allows members to look up dumps by

23   BIN to purchase accounts issued from a particular financial institution. [17] ████ criminal

24   activities in furtherance of the enterprise include, but are not limited to, conspiracy to possess and

25   possession of fifteen (15) or more counterfeit and unauthorized access devices.

26

1    (xvi)   Defendant [18] ████████ a.k.a. C4rd3R, (hereafter "[18]

2    ████"), is a Vendor in the Carder.su organization of CVVs, which contain full name, billing

3    address, credit card account number, expiration date and the security code on the rear of a credit card,

4    for the victim accounts. [18] ████ sells the CVVs to members through his automated website.

5    [18] ████ advertises his website on the Carder.su organization's websites, and his advertisement

6    includes his Universal Identification Number ("UIN"), which facilitates member-to-member "ICQ"

7    chats. ICQ chat is a free instant messaging electronic communication service provided by ICQ, Inc.,

8    a subsidiary of AOL. [18] ████ also sells Fullz, which include full name, billing address, credit

9    card account number, expiration date, Social Security number, mother's maiden name, date of birth,

10   the security code on the rear of a credit card, and occasionally the PIN. [18] ████'s criminal

11   activities in furtherance of the enterprise include, but are not limited to, possession of fifteen (15)

12   or more counterfeit and unauthorized access devices.

13   (xvii)   Defendant [19] ████████ a.k.a. Bowl, (hereafter "[19]

14   ████"), is a Vendor in the Carder.su organization of CVVs, which he sells through his

15   automated website. [19] ████ advertises his website on the Carder.su organization's websites.

16   [19] ████'s criminal activities in furtherance of the enterprise include, but are not limited to,

17   possession of fifteen (15) or more counterfeit and unauthorized access devices.

18   (xviii)   Defendant [20] ████████ a.k.a. Dorbik a.k.a.

19   Matad0r, (hereafter "[20] ████"), is a Vendor in the Carder.su organization of "bullet

20   proof hosting" services and infrastructure for criminal websites, including the Carder.su

21   organization's websites. "Bullet proof hosting" is a term of art utilized by carders to describe an

22   Internet Service Provider ("ISP") that will allow an individual to run a website that contains illegal

23   content, such as a fake website utilized for "phishing," a criminal carding forum (e.g., the Carder.su

24   organization's websites), or an automated website that sells dumps. "Phishing" is targeted method

25   of obtaining personal or financial information, typically done by the use of emails or counterfeit web

26   pages presented to a potential victim that induces the victim under false pretenses to give their

18

1 information to the attacker. [20] ▊▊▊▊▊ 's criminal activities in furtherance of the enterprise

2 include, but are not limited to, conspiracy to possess fifteen (15) or more counterfeit and

3 unauthorized access devices.

4 ( xix )  Defendant [30] **JOHN DOE 3** a.k.a. Gruber (hereafter "[30]

5 **GRUBER**") is a Vendor of counterfeit identification documents in the Carder.su organization."

6 [30] **GRUBER** manufactures and sells counterfeit drivers licenses to members for the states of

7 California, Texas, Wisconsin, Ohio, Rhode Island, Nevada, Pennsylvania, Illinois, Florida,

8 Louisiana, Arizona, Hawaii, South Carolina, Georgia and New Jersey, as well as British Columbia,

9 Canada. The prices range from one hundred fifty dollars ($150) to two hundred dollars ($200),

10 depending on the state. [30] **GRUBER's** criminal activities in furtherance of the enterprise include,

11 but are not limited to, conspiracy to produce counterfeit identification documents, and possession

12 of fifteen (15) or more counterfeit and unauthorized access devices.

13 ( xx )  Defendant [32] **JOHN DOE 5** a.k.a. Elit3 (hereafter "[32] **ELIT3**")

14 is a Vendor in the Carder.su organization of Fullz, which include full name, billing address, credit

15 card account number, expiration date, PIN, Social Security number, mother's maiden name, date of

16 birth and the security code on the rear of a credit card, at prices of five dollars ($5) to seven dollars

17 ($7) each, with a minimum order of fifteen dollars ($15). [32] **ELIT3** also sells Enroll/COBs, which

18 includes the victim's full name, billing address, credit card account number, expiration date, Social

19 Security number, mother's maiden name, date of birth, the security code on the rear of a credit card,

20 driver license number, mother's date of birth, checking account number, routing number and the

21 username and password to access the account online, for fifteen dollars ($15) each or twenty dollars

22 ($20) each, if the Enroll also includes the PIN. [32] **ELIT3's** criminal activities in furtherance of

23 the enterprise include, but are not limited to, unlawful transfer and use of a means of identification.

24 ( xxi )  Defendant **[33] JOHN DOE 6** a.k.a. Fozzy (hereafter "[33]

25 **FOZZY**") is a Vendor of dumps in the Carder.su organization, whose prices range from twelve

26 dollars ($12) to one hundred dollars ($100), depending on the quantity purchased and the

19

geographical location from which the dumps originate.  Dumps from the United States are sold to members as the least expensive and dumps from Europe are sold as the most expensive.

[33] **FOZZY**'s criminal activities in furtherance of the enterprise include, but are not limited to, possession of fifteen (15) or more counterfeit and unauthorized access devices.

(xxii)   Defendant [34] **JOHN DOE 7** a.k.a. .Vitrum a.k.a. Lermentov (hereafter "[34] **.VITRUM**")is a Vendor of dumps in the Carder.su organization, whose prices range from fifteen dollars ($15) to one hundred dollars ($100), depending on the quantity purchased and the geographical location from which the dumps originate.  Dumps from the United States are sold to members as the least expensive and dumps from Europe are sold as the most expensive.

[34] **.VITRUM**'s criminal activities in furtherance of the enterprise include, but are not limited to, possession of fifteen (15) or more counterfeit and unauthorized access devices.

(xxiii)   Defendant [35] ██████████ a.k.a. Panther a.k.a. Euphoric a.k.a. Darkmth, (hereafter "[35] ███████"), is a Vendor of dumps in the Carder.su organization, whose least expensive prices begin at twenty dollars ($20) for United States dumps.   [35] ██████'s criminal activities in furtherance of the enterprise include, but are not limited to, possession of fifteen (15) or more counterfeit and unauthorized access devices.

(xxiv)   Defendant [36] **JOHN DOE 8** a.k.a. TM (hereafter "[36] **TM**") is a Vendor of dumps and CVVs in the Carder.su organization, which he sells to members through his automated website. [36] **TM** advertises his automated website on the Carder.su organization's websites. [36] **TM**'s criminal activities in furtherance of the enterprise include, but are not limited to, possession of fifteen (15) or more counterfeit and unauthorized access devices.

(xxv)   Defendant [37] **JOHN DOE 9** a.k.a. Zo0mer a.k.a. Deputat (hereafter "[37] **ZO0MER**") is a Vendor in the Carder.su organization of: stolen PayPal accounts, which include a victim's username and the password necessary to access the account; Proxies, which are achieved by bouncing from one computer to another to hide a member's true originating IP address; Fullz; and Credit Card Checking and Information Lookups, which include Social Security numbers,

1  dates of birth and mothers' maiden names. [37] **ZO0MER** provides this service to members through

2  an automated website, which he advertises on "the Carder.su organization's" websites.  [37]

3  **ZO0MER** is also a Vender of dumps, which he sells to members at prices ranging from fifteen

4  dollars ($15) to one hundred fifty dollars ($150), depending on the quantity purchased and the

5  geographical location from which the dumps originate. [37] **ZO0MER** sell dumps from the United

6  States as the least expensive and dumps from Europe as the most expensive. [37] **ZO0MER's**

7  criminal activities in furtherance of the enterprise include, but are not limited to, possession of fifteen

8  (15) or more counterfeit and unauthorized access devices.

9  (xxvi)  Defendant [38] **JOHN DOE 10** a.k.a. Centurion (hereafter "[38]

10  **CENTURION")** is a Vendor of dumps in the Carder.su organization, which he sells to members at

11  prices ranging from fifteen dollars ($15) to eighty dollars ($80), depending on the quantity purchased

12  and the geographical location from which the dumps originate. [38] **CENTURION** sells dumps from

13  the United States as the least expensive and dumps from Europe as the most expensive.

14  [38] **CENTURION's** criminal activities in furtherance of the enterprise include, but are not limited

15  to, possession of fifteen (15) or more counterfeit and unauthorized access devices.

16  (xxvii)  Defendant [39] **JOHN DOE 11** a.k.a. Consigliori (hereafter "[39]

17  **CONSIGLIORI")** is a Vendor of dumps in the Carder.su organization and sells counterfeit blank

18  plastic cards to members for fifteen dollars ($15) each, and embossed counterfeit credit cards for

19  twenty dollars ($20) each. "[39] **CONSIGLIORI's** criminal activities in furtherance of the

20  enterprise include, but are not limited to, possession of device-making equipment.

21  e.  Members - An individual seeking membership in the Carder.su organization

22  must successfully complete a number of security features designed to protect the organization from

23  infiltration by law enforcement or members of rival criminal organizations.  One such security

24  feature requires a prospective member to be formally vouched for by at least two other members in

25  good standing. Once membership is granted, members use the Carder.su organization's websites as

26  "virtual clubhouses" to gather together with other members to share information and to solicit and

21

recruit other members to engage in activities, including but not limited to criminal activities, in order to achieve the common objectives of the enterprise. Members use the Carder.su organization's vendors, by way of the organization's websites, to buy products and services, such as, credit card dumps, false identification documents, and other contraband. Members share information through the organization's websites to teach other members how to engage in new criminal activities and how best to perpetuate existing criminal schemes. Members are periodically appointed by the Administrator to act as a Reviewer. Reviewers examine and test products and services that members of the Carder.su organization desire to advertise and sell on the Carder.su organization's websites. Individual disputes between members are settled by the Administrator and Moderators. If a dispute is decided adversely to a particular Member, if Members are found to be disloyal to the Carder.su organization, or if Members behave in a manner that impedes achieving the common objectives of the enterprise, the Administrator will mete out punishments, up to and including, stripping them of their memberships and barring them from accessing the Carder.su organization's websites.

( i )   Defendant [21] **MICHAEL LOFTON** a.k.a. Killit a.k.a. Lofeazy, (hereafter "[21] **LOFTON**"), is a member of the Carder.su organization. [21] **LOFTON** participates in the enterprise, acting under the direction of and in concert with other members of the enterprise in carrying out unlawful and other activities in furtherance of the conduct of the enterprise's affairs. [21] **LOFTON's** criminal activities in furtherance of the enterprise include, but are not limited to, production and trafficking in counterfeit identification documents, and unlawful transfer and use of a means of identification.

( ii )   Defendant [22] **SHIYANG GOU** a.k.a. Cder, (hereafter "[22] **GOU**"), is a member of the Carder.su organization. [22] **GOU** participates in the enterprise, acting under the direction of and in concert with other members of the enterprise in carrying out unlawful and other activities in furtherance of the conduct of the enterprise's affairs. [22] **GOU's** criminal activities in furtherance of the enterprise include, but are not limited to, production and trafficking

22

1  in counterfeit identification documents, and possession of fifteen (15) or more counterfeit and

2  unauthorized access devices.

3          ( iii )    Defendant [23] **DAVID RAY CAMEZ** a.k.a. Bad Man a.k.a.

4  Doctorsex, (hereafter "[23] **CAMEZ**"), is a member of the Carder.su organization.  [23] **CAMEZ**

5  participates in the enterprise, acting under the direction of and in concert with other members of the

6  enterprise in carrying out unlawful and other activities in furtherance of the conduct of the

7  enterprise's affairs. [23] **CAMEZ's** criminal activities in furtherance of the enterprise include, but

8  are not limited to, production and trafficking in counterfeit identification documents, possession of

9  fifteen (15) or more counterfeit and unauthorized access devices, and conspiracy to possess device-

10  making equipment.

11          ( iv )    Defendant [24] **CAMERON HARRISON** a.k.a. Kilobit, (hereafter

12  "[24] **HARRISON**"), is a member of the Carder.su organization.  [24] **HARRISON** participates

13  in the enterprise, acting under the direction of and in concert with other members of the enterprise

14  in carrying out unlawful and other activities in furtherance of the conduct of the enterprise's affairs.

15  [24] **HARRISON's** criminal activities in furtherance of the enterprise include, but are not limited

16  to, production and trafficking in counterfeit identification documents, possession of fifteen (15) or

17  more counterfeit and unauthorized access devices, and unlawful transfer and use of a means of

18  identification.

19          ( v )    Defendant [25] ███████████████ a.k.a. Qiller,

20  (hereafter "[25] ███████"), is a member of the Carder.su organization.  [25] ███████

21  participates in the enterprise, acting under the direction of and in concert with other members of the

22  enterprise in carrying out unlawful and other activities in furtherance of the conduct of the

23  enterprise's affairs. [25] ███████'s criminal activities in furtherance of the enterprise include,

24  but are not limited to, production and trafficking in counterfeit identification documents, conspiracy

25  to produce and traffic in counterfeit identification documents, and possession of fifteen (15) or more

26  counterfeit and unauthorized access devices.

(vi)     Defendant [26] **DUVAUGHN BUTLER** a.k.a. Mackmann, (hereafter "[26] **BUTLER**"), is a member of the Carder.su organization. [26] **BUTLER** participates in the enterprise, acting under the direction of and in concert with other members of the enterprise in carrying out unlawful and other activities in furtherance of the conduct of the enterprise's affairs. [26] **BUTLER's** criminal activities in furtherance of the enterprise include, but are not limited to, using and trafficking in unauthorized access devices, possession of fifteen (15) or more counterfeit and unauthorized access devices, and conspiracy to possess device-making equipment.

(vii)    Defendant [27] **FREDRICK THOMAS** a.k.a 1Stunna, (hereafter "[27] **THOMAS**"), is a member of the Carder.su organization. [27] **THOMAS** participates in the enterprise, acting under the direction of and in concert with other members of the enterprise in carrying out unlawful and other activities in furtherance of the conduct of the enterprise's affairs. [27] **THOMAS's** criminal activities in furtherance of the enterprise include, but are not limited to, unlawful transfer and use of a means of identification, and possession of fifteen (15) or more counterfeit and unauthorized access devices.

(viii)   Defendant [28] **JOHN DOE 1** a.k.a Senna071, (hereafter "[28] **SENNA071**") is a member of the Carder.su organization. As such, the defendant participates in the enterprise, acting under the direction of and in concert with other members of the enterprise in carrying out unlawful and other activities in furtherance of the conduct of the enterprise's affairs. "[28] **SENNA071's** criminal activities in furtherance of the enterprise include, but are not limited to, production and trafficking in counterfeit identification documents, and conspiracy to produce and traffic in counterfeit identification documents.

(ix)     Defendant [29] **JOHN DOE 2** a.k.a. Morfiy, (hereafter "[29] **MORFIY**"), is a member of the Carder.su organization. As such, the defendant participates in the enterprise, acting under the direction of and in concert with other members of the enterprise in carrying out unlawful and other activities in furtherance of the conduct of the enterprise's affairs. [29] **MORFIY's** criminal activities in furtherance of the enterprise include, but are not limited to,

24

1  production and trafficking in counterfeit identification documents, conspiracy to produce and traffic

2  in counterfeit identification documents, and conspiracy to possess device-making equipment.

### COUNT ONE
**Participate in a Racketeer Influenced Corrupt Organization**

### THE RACKETEERING VIOLATION

1.  Paragraphs 1 through 5 of the General Allegations Section are hereby realleged and
incorporated as if fully set forth herein.

2.  From a date unknown but not later than on or about November 22, 2005, through on
or about June 2011, with both dates being approximate and inclusive, in the District of Nevada and
elsewhere,



[1]
[2]
[3]  KOSTYUKOV;
[4]  BOOZER III;
[5]
[6]  MONTECALVO;
[7]
[8]
[9]  SMITH;
[10] HAGGERTY;
[11]
[12]
[13]
[14]
[15] MUKHTAR;
[16]
[17]
[18]
[19]
[21] LOFTON;
[22] GOU;
[23] CAMEZ;
[24] HARRISON;
[25]
[26] BUTLER;
[27] THOMAS;
[28] SENNA071;
[29] MORFIY;
[30] GRUBER;

25

[31] **MAXXTRO;**
[32] **ELIT3;**
[33] **FOZZY;**
[34] **VITRUM;**
[35] ████
[36] **TM;**
[37] **ZO0MER;**
[38] **CENTURION;** and
[39] **CONSIGLIORI;**

the defendants herein, including others known and unknown, being persons who are members of,

employed by, and associated with the Carder.su organization described above, an enterprise engaging

in, and the activities of which affects interstate and foreign commerce, unlawfully, and knowingly

did conduct and participate, directly and indirectly, in the conduct of the affairs of that enterprise

through a pattern of racketeering activity, that is, through the commission of the following acts, more

fully described in Racketeering Acts 1 through 109, below.

### THE PATTERN OF RACKETEERING ACTIVITY

3.      The pattern of racketeering activity, as that term is defined in Title 18, United States

Code, Sections 1961(1) and (5), consisted of:

### RACKETEERING ACTS INVOLVING STOLEN MEANS OF IDENTIFICATION AND COUNTERFEIT IDENTIFICATION DOCUMENTS

#### Racketeering Acts 1 through 15
#### Unlawful Trafficking in and Production of False Identification Documents

4.      On or about each of the dates set forth below, in the State and Federal District of

Nevada, and elsewhere,

[3] **KOSTYUKOV;**
[4] **BOOZER III;**
[5] ████
[6] **MONTECALVO;**
[21] **LOFTON;**
[22] **GOU;**
[23] **CAMEZ;**
[24] **HARRISON;**
[25] ████
[28] **SENNA071;** and
[29] **MORFIY;**

26

1  defendants herein, together with and aiding and abetting one another and other members and

2  associates of the Carder.su organization, including others known and unknown, did knowingly and

3  without lawful authority produce, and did cause others to produce, false identification documents,

4  which were transported in the mail in the course of the unauthorized production, in and affecting

5  interstate and foreign commerce, and the offense involved the production and transfer of false

6  identification documents that are and appear to be driver's licenses, with each false identification

7  document set forth below constituting a separate violation of Title 18, United States Code, Section

8  1028(a)(1), and Title 18, United States Code, Section 2:

| RA | Defendant | Date | Type of Document | Name |
|---|---|---|---|---|
| 1 | [21] **LOFTON** | January 23, 2009 | NV Driver's License | M. Webb |
| 2 | [3] **KOSTYUKOV** | April 24, 2009 | NV Driver's License | A. Kostyukov |
| 3 | [4] **BOOZER III** | May 19, 2009 | TX Driver's License | M. Wright |
| 4 | [22] **GOU** | May 26, 2009 | NV Driver's License | J. Wang |
| 5 | [23] **CAMEZ** | May 28, 2009 | NV Driver's License | J. Henry |
| 6 | [3] **KOSTYUKOV** | June 30, 2009 | NV Driver's License | M. Ulitin |
| 7 | [5] ▮▮▮▮ | September 14, 2009 | NY Driver's License | D. Pena |
| 8 | [28] **SENNA071** | October 6, 2009 | NV Driver's License | L. Sadik |
| 9 | [3] **KOSTYUKOV** | October 13, 2009 | WA Driver's License | R. Sadriev |
| 10 | [28] **SENNA071** | October 20, 2009 | NV Driver's License | A. Davis |
| 11 | [6] **MONTECALVO** | November 9, 2009 | VA Driver's License | E. Montecalvo |
| 12 | [29] **MORFIY** | November 19, 2009 | NV Driver's License | F. Grolsh |
| 13 | [21] **LOFTON** | February 11, 2010 | NV Driver's License | K. Marshall |
| 14 | [24] **HARRISON** | February 25, 2010 | GA Driver's License | D. Mock |
| 15 | [25] ▮▮▮▮ | April 7, 2011 | GA Driver's License | D. Vasic |

27

## Racketeering Act 16
### Attempt to Unlawful Produce False Identification Documents

5.  From on or about April 16, 2011, until on or after May 18, 2011, in the State and Federal District of Nevada, and elsewhere, [30] **GRUBER**, defendant herein, together with other members and associates of the Carder.su organization, including others known and unknown, did knowingly and without lawful authority attempt to produce, and did attempt to cause others to produce, false identification documents, in and affecting interstate and foreign commerce, and the offense involved the production and transfer of false identification documents that are and appear to be approximately two (2) Florida driver's licenses, in violation of Title 18, United States Code, Sections 1028(a)(1), and (f).

## Racketeering Act 17
### Attempt to Unlawfully Produce False Identification Documents

6.  Beginning on an unknown date, but not later than February 1, 2010, and continuing to on or about February 5, 2010, in the States of Florida, New Hampshire, and elsewhere, [28] **SENNA071**, defendant herein, together with other members and associates of the Carder.su organization, including others known and unknown, did knowingly and without lawful authority attempt to produce, and did attempt to cause others to produce, false identification documents, in and affecting interstate and foreign commerce, and the offense involved the production and transfer of false identification documents that are and appear to be a driver's license, bearing the name S. Salman, all in violation of Title 18, United States Code, Sections 1028(a)(1), and (f).

## Racketeering Act 18
### Conspiracy to Unlawfully Produce False Identification Documents

7.  Beginning on or about August 20, 2010, and continuing to on or about August 25, 2010, in the State of Nevada, and elsewhere, the defendants, [30] **GRUBER** and [21] **LOFTON**, together with other members and associates of the Carder.su organization, including others unknown, did unlawfully, knowingly and intentionally combine, conspire and agree among themselves, and

28

1   with others, to commit offenses against the laws of the United States, namely to knowingly and

2   without lawful authority produce a false identification document, in and affecting interstate and

3   foreign commerce, and the offense involved the production and transfer of a false identification

4   document that is and appears to be a California driver's license, bearing the name I. Kipnes, all in

5   violation of Title 18, United States Code, Sections 1028(a)(1), and (f).

### Racketeering Act 19
#### Conspiracy to Unlawfully Produce False Identification Documents

8.      Beginning on an unknown date, but not later than May 22, 2010, and continuing to

on or about June 1, 2010, in the States of Iowa, Illinois, California, and elsewhere, the defendants,

[25]         and [10] **HAGGERTY**, together with other members and associates of the

Carder.su organization, including others known and unknown, did unlawfully, knowingly and

intentionally combine, conspire and agree among themselves, and with others, to commit offenses

against the laws of the United States, namely to knowingly and without lawful authority produce a

false identification document, in and affecting interstate and foreign commerce, and the offense

involved the production and transfer of a false identification document that is and appears to be a

driver's license, bearing the name P. Petrovic, all in violation of Title 18, United States Code,

Sections 1028(a)(1), and (f).

### Racketeering Act 20
#### Conspiracy to Unlawfully Produce False Identification Documents

9.      Beginning on an unknown date, but not later than June 8, 2010, and continuing to on

or about June 27, 2010, in the State of California, and elsewhere, the defendants, [29] **MORFIY**,

and [10] **HAGGERTY**, together with other members and associates of the Carder.su organization,

including others unknown, did unlawfully, knowingly and intentionally combine, conspire and agree

among themselves, and with others, to commit offenses against the laws of the United States, namely

to knowingly and without lawful authority produce a false identification document, in and affecting

interstate and foreign commerce, and the offense involved the production and transfer of a false

29

1  identification document that is and appears to be a Texas driver's license, bearing the name A. Ladd,

2  all in violation of Title 18, United States Code, Sections 1028(a)(1), and (f).

**Racketeering Act 21**
**Conspiracy to Unlawfully Produce False Identification Documents**

5      10.    Beginning on an unknown date, but not later than June 18, 2010, and continuing to

6  on or about June 25, 2010, in the States of New York, California, and elsewhere, the defendant,

7  **[10] HAGGERTY**, together with other members and associates of the Carder.su organization,

8  including others known and unknown, did unlawfully, knowingly and intentionally combine,

9  conspire and agree among themselves, and with others, to commit offenses against the laws of the

10  United States, namely to knowingly and without lawful authority produce a false identification

11  document, in and affecting interstate and foreign commerce, and the offense involved the production

12  and transfer of false identification documents that are and appears to be two (2) driver's licenses, one

13  bearing the name R. Harrison, and one bearing the name A. Huber, all in violation of Title 18, United

14  States Code, Sections 1028(a)(1), and (f).

**Racketeering Act 22**
**Conspiracy to Unlawfully Transfer False Identification Documents**

17      11.    Beginning on or about August 22, 2008, and continuing to on or about March 23,

18  2009, in the State of Nevada, and elsewhere, the defendant [1]             together with other

19  members and associates of the Carder.su organization, including others known and unknown, did

20  unlawfully, knowingly and intentionally combine, conspire and agree among themselves, and with

21  others, to commit offenses against the laws of the United States, namely to knowingly transfer and

22  cause others to transfer false identification documents, knowing that such documents were produced

23  without lawful authority, and the production and transfer of the false identification documents was

24  in and affecting interstate and foreign commerce, and the offense involved the production and

25  transfer of false identification documents that are and appear to be driver's licenses, all in violation

26  of Title 18, United States Code, Sections 1028(a)(2), and (f).

**Racketeering Act 23**
**Possession of Document-making Implements**

12.     On or about January 11, 2011, in the States of Virginia, West Virginia, Michigan, California, and elsewhere, the defendant [6] **MONTECALVO**, together with other members and associates of the Carder.su organization, including others known and unknown, did knowingly produce, transfer and possess a document-making implement and authentication features, to wit: laminates used in the production of counterfeit Illinois driver's licences; and Photoshop templates used to create counterfeit Maryland driver's licenses and counterfeit Florida driver's licenses; with the intent such document-making implements and authentication features would be used in the production of a false identification document, or used in conjunction with another document-making implement or authentication feature which would be so used, and the production, transfer and possession of the document-making implement and authentication feature was in and affected interstate and foreign commerce, all in violation of Title 18, United States Code, Section 1028 (a)(5).

**Racketeering Act 24**
**Conspiracy to Unlawfully Transfer, Possess, and Use A Means of Identification**

13.     On or about March 15, 2009, in the in the State of Connecticut and elsewhere, [5]          defendant herein, together with other members and associates of the Carder.su organization, including others known and unknown, did knowingly and intentionally combine, conspire and agree among themselves, and with others, to commit offenses against the laws of the United States, namely to knowingly transfer, possess and use, in and effecting interstate and foreign commerce, without lawful authority, one or more means of identification of other persons, including but not limited to, stolen credit and debit card account numbers, to wit: a Visa credit card account, number ending in X-6329, with the intent to commit and to aid and abet the commission of and in connection with any unlawful activity that constitutes a violation of Federal law, to wit: Wire Fraud in violation of Title 18, United States Code, Section 1343, and as a result of the offense the defendants and any other individual committing the offense, obtained something of value

31

1  aggregating one thousand dollars, ($1,000) or more in a one-year period, that is, at least two

2  thousand dollars ($2,000.00) in United States currency, from the Foxwoods Resort, Preston,

3  Connecticut, all in violation of Title 18, United States Code, Sections 1028(a)(7), and (f).

4  **Racketeering Acts 25 through 36**

**Unlawful Transfer, Possession, and Use of A Means of Identification**

5

6       14.    On or about each of the dates set forth below, in the States of Nevada, Georgia,

7  California, New York, Missouri, and elsewhere,

8                          [8]  ████████

                          [12]

9                          [16]

                          [21]  **LOFTON**;

10                         [24]  **HARRISON**;

                          [27]  **THOMAS**;

11                         [31]  **MAXXTRO**; and

                          [32]  **ELIT3**;

12

13  defendants herein, together with other members and associates of the Carder.su organization,

14  including others known and unknown, did knowingly transfer, possess and use, in and effecting

15  interstate and foreign commerce, without lawful authority, one or more means of identification of

16  other persons, including but not limited to, stolen and otherwise stolen credit and debit card account

17  numbers, account holders' names, dates of birth, Social Security numbers, addresses, and telephone

18  numbers, with the intent to commit and to aid and abet the commission of and in connection with

19  any unlawful activity that constitutes a violation of Federal law, to wit:  Wire Fraud in violation of

20  Title 18, United States Code, Section 1343, with each instance set forth below constituting a separate

21  violation of Title 18, United States Code, Section 1028(a)(7):

| RA | Defendant | Date | Account Number | Name |
|----|-----------|------|----------------|------|
| 25 | [31] **MAXXTRO** | November 25, 2006 | X-5696 | K. Kehoe |
| 26 | [8] ████████ | October 19, 2007 | X-5598 | B. Detrich |
| 27 | [31] **MAXXTRO** | February 28, 2008 | X-1914 | D. Stickler |
| 28 | [24] **HARRISON** | June 26, 2008 | X-6433 | D. Olsen |

32

| | | | | | |
|---|---|---|---|---|---|
| 29 | [32] **ELIT3 &** [21] **LOFTON** | January 29, 2009 | X-5462 | T. Biggs |
| 30 | [27] **THOMAS &** [8] ▮▮▮▮ | March 8, 2009 | X-5580 | D. Ewart |
| 31 | [32] **ELIT3** | October 30, 2009 | X-4478 | T. Miska |
| 32 | [32] **ELIT3** | November 10, 2009 | X-8237 | S. Smith |
| 33 | [27] **THOMAS &** [32] **ELIT3** | November 12, 2009 | X-5637 | J. Smith |
| 34 | [32] **ELIT3** | November 13, 2009 | X-5002 | S. McDonald |
| 35 | [12]▮▮▮▮ | August 3, 2010 | X-3337 | D. Bossman |
| 36 | [16]▮▮▮▮ | September 16, 2010 | X-5079 | K. Young |

## RACKETEERING ACTS INVOLVING COUNTERFEIT AND UNAUTHORIZED ACCESS DEVICES

### Racketeering Act 37
### Using and Trafficking in Unauthorized Access Devices

15.     On or about March 1, 2011, in the State and Federal District of Nevada, and elsewhere, [26] **BUTLER**, defendant herein, together with other members and associates of the Carder.su organization, including others unknown, did knowingly and with intent to defraud, traffic in and use an unauthorized access device, to wit: a Chase Bank MasterCard credit card account, number ending in X-8088, which was stolen and obtained with the intent to defraud, and by such conduct did, on or about that same date, obtain things of value in excess of one thousand dollars ($1,000.00), that is, approximately one thousand fifty three dollars ($1,053.00) in goods and merchandise, from Walmart, store number 2593, in or around Las Vegas, Nevada, with said trafficking and use in and affecting interstate commerce, all in violation of Title 18, United States Code, Section 1029(a)(2).

33

1

2

### Racketeering Acts 38 through 97
### Possession of Fifteen or More Unauthorized Access Devices

3      16.     On or about each of the dates set forth below, in the State and Federal District of

4  Nevada, and elsewhere,

5      [1] ███████████████

       [2] ███████████████

6      [4] BOOZER III;

       [6] MONTECALVO;

7      [7] ███████

       [8] ██████████

8      [9] SMITH;

       [10] HAGGERTY;

9      [11] ████████████

       [12] ████

10     [13] ██████████████████

       [14] ████

11     [15] MUKHTAR;

       [16] ████

12     [17] ████

       [18] ████

13     [19] ████

       [22] GOU;

14     [23] CAMEZ;

       [24] HARRISON;

15     [25] █████████████

       [26] BUTLER;

16     [27] THOMAS;

       [30] GRUBER;

17     [31] MAXXTRO;

       [33] FOZZY;

18     [34] VITRIUM·

       [35] ████████████

19     [36] TM;

       [37] ZO0MER; and

20     [38] CENTURION;

21  defendants herein, together with other members and associates of the Carder.su organization,

22  including others known and unknown, knowingly and with intent to defraud, did possess fifteen or

23  more unauthorized access devices, that is, stolen credit and debit card account numbers issued to

24  persons other than the defendants, and which are issued, owned, managed and controlled by a

25  financial institution, account issuer, or credit card system member within the jurisdiction of the

26

United States, in and affecting interstate and foreign commerce, with each instance set forth below constituting a separate violation of Title 18, United States Code, Sections 1029(a)(3), and (h):

| RA | Defendant | Date | Approximate No. Devices |
|---|---|---|---|
| 38 | [1] ▮▮▮▮ & [31] MAXXTRO | February 13, 2007 | 20 |
| 39 | [1] ▮▮▮▮ & [33] FOZZY; | February 15, 2007 | 17 |
| 40 | [7] ▮▮▮▮ | April 10, 2007 | more than 490 |
| 41 | [8] ▮▮▮▮ | February 22, 2008 | 22 |
| 42 | [30] GRUBER & [34] .VITRUM | February 23, 2008 | 25 |
| 43 | [34] .VITRUM | May 7, 2008 | 40 |
| 44 | [7] ▮▮▮▮ | February 2, 2009 | 30 |
| 45 | [8] ▮▮▮▮ | March 9, 2009 | 25 |
| 46 | [6] MONTECALVO | January 21, 2010 | 50 |
| 47 | [6] MONTECALVO | April 5, 2010 | 220 |
| 48 | [26] BUTLER & [9] SMITH | April 14, 2010 | 15 |
| 49 | [25] ▮▮▮▮ | May 16, 2010 | 17 |
| 50 | [10] HAGGERTY | May 27, 2010 | 20 |
| 51 | [10] HAGGERTY | June 2, 2010 | 40 |
| 52 | [23] CAMEZ | June 7, 2010 | 30 |
| 53a. | [4] BOOZER III | June 9, 2010 | 200 |
| 53b. | [4] BOOZER III | June 10, 2010 | 50 |
| 54 | [11] ▮▮▮▮ | July 15, 2010 | 50 |
| 55 | [11] ▮▮▮▮ | July 21, 2010 | 146 |
| 56 | [7] ▮▮▮▮ | July 26, 2010 | 23 |
| 57 | [11] ▮▮▮▮ | July 27, 2010 | 99 |

35

| RA | Defendant | Date | Approximate No. Devices |
|---|---|---|---|
| 58 | [22] GOU | July 29, 2010 | 34 |
| 59 | [12] ███ [35] | August 30, 2010 | 22 |
| 60 | [24] HARRISON & [35] | September 7, 2010 | 21 |
| 61 | [12] ███ | October 15, 2010 | more than 50 |
| 62 | [13] ███ | October 15, 2010 | more than 36 |
| 63 | [22] GOU | January 12, 2011 | 69 |
| 64 | [14] ███ | January 20, 2011 | 29 |
| 65 | [35] ███ | February 11, 2011 | 69 |
| 66 | [27] THOMAS | March 5, 2011 | 28 |
| 67 | [15] MUKHTAR | March 6, 2011 | 46 |
| 68 | [11] ███ | March 15, 2011 | 15 |
| 69 | [36] TM | March 16, 2011 | 20 |
| 70 | [14] ███ | March 18, 2011 | 20 |
| 71 | [37] ZO0MER | March 18, 2011 | 20 |
| 72 | [17] ███ | March 18, 2011 | 20 |
| 73 | [18] ███ | March 23, 2011 | 20 |
| 74 | [2] ███ | March 24, 2011 | 18 |
| 75 | [11] ███ | March 24, 2011 | 20 |
| 76 | [33] FOZZY | March 24, 2011 | 22 |
| 77 | [36] TM | March 24, 2011 | 20 |
| 78 | [37] ZO0MER | March 24, 2011 | 23 |
| 79 | [38] CENTURION | March 24, 2011 | 23 |
| 80 | [18] ███ | March 26, 2011 | 60 |
| 81 | [34] .VITRUM | March 28, 2011 | 20 |

36

| RA | Defendant | Date | Approximate No. Devices |
|---|---|---|---|
| 82 | [38] **CENTURION** | March 28, 2011 | 74 |
| 83 | [33] **FOZZY** | March 28, 2011 | 22 |
| 84 | [35] ███████ | March 28, 2011 | 20 |
| 85 | [2] ███████ | March 29, 2011 | 21 |
| 86 | [35] ███████ | April 6, 2011 | 38 |
| 87 | [35] ███████ | April 8, 2011 | 20 |
| 88 | [2] ███████ | April 10, 2011 | 21 |
| 89 | [18] ███████ | April 11, 2011 | 20 |
| 90 | [36] **TM** | April 11, 2011 | 20 |
| 91 | [37] **ZO0MER** | April 11, 2011 | 19 |
| 92 | [19] ███████ | April 12, 2011 | 49 |
| 93 | [38] **CENTURION** | April 12, 2011 | 22 |
| 94 | [19] ███████ | April 22, 2011 | 12,710 |
| 95 | [17] ███████ | April 29, 2011 | 22 |
| 96 | [14] ███████ | May 12, 2011 | 100 |
| 97 | [17] ███████ | June 14, 2011 | 20 |

### Racketeering Acts 98 to 103
### Trafficking In and Possessing Access Device-Making Equipment

17.  On or about each of the dates set forth below, in the State and Federal District of Nevada, and elsewhere,

[9] **SMITH**·
[13] ███████
[15] **MUKHTAR**; and
[39] **CONSIGLIORI**;

defendants herein, together with other members and associates of the Carder.su organization, including others known and unknown, did knowingly and with the intent to defraud, traffic in, have

37

control and custody over, and possess device-making equipment, that is blank plastic cards used in the production of counterfeit access devices, which are issued, owned, managed and controlled by a financial institution, account issuer, or credit card system member within the jurisdiction of the United States, in and affecting interstate and foreign commerce, with each instance set forth below constituting a separate violation of Title 18, United States Code, Sections 1029(a)(4), and (h):

| RA | Defendant | Date | Approx. No. Plastic Cards |
|---|---|---|---|
| 98 | [13] ▓▓▓▓ | January 5, 2011 | 7 |
| 99 | [15] MUKHTAR | March 22, 2011 | 26 |
| 100 | [9] SMITH | April 5, 2011 | 10 |
| 101 | [39] CONSIGLIORI | April 15, 2011 | 20 |
| 102 | [39] CONSIGLIORI | May 23, 2011 | 20 |
| 103 | [39] CONSIGLIORI | June 9, 2011 | 20 |

### Racketeering Acts 104 to 109
**Conspiracy to Trafficking In and Possess Access Device-Making Equipment**

18.     On or about each of the dates set forth below, in the States of Nevada, Connecticut, Florida, New York, California, Arizona, New Jersey, North Carolina, Michigan, and elsewhere,

[5] ▓▓▓▓
[9] SMITH;
[10] HAGGERTY;
[11] ▓▓▓▓
[13] ▓▓▓▓
[15] MUKHTAR;
[23] CAMEZ;
[26] BUTLER; and
[29] MORFIY;

defendants herein, together with other members and associates of the Carder.su organization, including others known and unknown, did knowingly and intentionally combine, conspire and agree among themselves, and with others, to commit offenses against the laws of the United States, namely to knowingly and with the intent to defraud, traffic in, have control and custody over, and possess

38

device-making equipment, that is blank plastic cards used in the production of counterfeit access devices, which are issued, owned, managed and controlled by a financial institution, account issuer, or credit card system member within the jurisdiction of the United States, in and affecting interstate and foreign commerce, with each instance set forth below constituting a separate violation of Title 18, United States Code, Sections 1029(a)(4), and (h):

| RA | Defendant | Date | Approx. No. Plastic Cards |
|----|-----------|------|---------------------------|
| 104 | [5] ███████ | March 5, 2009 to March 9, 2009 | 50 |
| 105 | [13] ███████ | March 19, 2009 | 27 |
| 106 | [15] MUKHTAR & [23] CAMEZ | February 4, 2010 | 26 |
| 107 | [29] MORFIY & [10] HAGGERTY | May 18, 2010 | 10 |
| 108 | [9] SMITH & [26] BUTLER | August 31, 2010 | 10 |
| 109 | [11] ███████ [26] BUTLER | February 16, 2011 | 10 |

**ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1962(c).**

<u>COUNT TWO</u>
**Conspiracy to Engage in a Racketeer Influenced Corrupt Organization**

1.      Paragraphs 1 through 5 of the General Allegations Section are hereby realleged and incorporated as if fully set forth herein.

2.      From on or about November 22, 2005, up through and including June 2011, the defendants,

[1] ███████████ a.k.a. Admin a.k.a. Support;
[2] ███████ a.k.a. Graf;
[3] ALEXANDER KOSTYUKOV a.k.a. Temp a.k.a. Klbs;
[4] MACEO BOOZER III a.k.a. XXXSimone a.k.a. G4 a.k.a. El Padrino a.k.a. Mr.    Right a.k.a. mrdc87;
[5] ███████ a.k.a. Ray Wong a.k.a. Ray;
[6] EDWARD MONTECALVO a.k.a. N1ghtmare a.k.a. Tenure44;

39

[7] ████████████ a.k.a Ibatistuta;
[8] ████████████ a.k.a. ████████████ a.k.a. CC- - Trader a.k.a. Kengza;
[9] **JERMAINE SMITH** a.k.a. Sircharlie57 a.k.a. Fairbusinessman;
[10] **MAKYL HAGGERTY** a.k.a. Wave;
[11] ████████████ a.k.a. Bank Manager a.k.a. Document Manager a.k.a. Corey;
[12] ████████████ a.k.a. Abagnalefrank;
[13] ████████████ a.k.a. Devica;
[14] ████████████ a.k.a. Track2 a.k.a. Bulba a.k.a. Ncux;
[15] **QASIR MUKHTAR** a.k.a. Caliber;
[16] ████████████ a.k.a. RABIE AYAD a.k.a. Patistota;
[17] ████████████ a.k.a. Source;
[18] ████████████ a.k.a. C4rd3R;
[19] ████████████ a.k.a. Bowl;
[20] ████████████ a.k.a. Dorbik a.k.a. Matad0r;
[21] **MICHAEL LOFTON** a.k.a. Killit a.k.a. Lofeazy;
[22] **SHIYANG GOU** a.k.a. Cder;
[23] **DAVID RAY CAMEZ** a.k.a. Bad Man a.k.a. Doctorsex;
[24] **CAMERON HARRISON** a.k.a. Kilobit;
[25] ████████████ a.k.a. Qiller;
[26] **DUVAUGHN BUTLER** a.k.a. Mackmann;
[27] **FREDRICK THOMAS** a.k.a 1Stunna;
[28] **JOHN DOE 1** a.k.a Senna071;
[29] **JOHN DOE 2** a.k.a. Morfiy;
[30] **JOHN DOE 3** a.k.a. Gruber;
[31] **JOHN DOE 4** a.k.a. Maxxtro;
[32] **JOHN DOE 5** a.k.a. Elit3;
[33] **JOHN DOE 6** a.k.a. Fozzy;
[34] **JOHN DOE 7** a.k.a .Vitrum a.k.a. Lermentov;
[35] ████████████ a.k.a. Panther a.k.a. Euphoric a.k.a. Darkmth;
[36] **JOHN DOE 8** a.k.a. TM;
[37] **JOHN DOE 9** a.k.a. Zo0mer a.k.a. Deputat;
[38] **JOHN DOE 10** a.k.a. Centurion; and
[39] **JOHN DOE 11** a.k.a. Consigliori;

together with other persons known and unknown and others known and unknown, being persons who are members of, employed by, and associated with "the Carder.su organization," an enterprise, which engaged in, and the activities of which affected interstate and foreign commerce, knowingly, and intentionally conspired to violate Title 18, United States Code Section 1962(c), that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of that enterprise through a pattern of racketeering activity involving multiple acts indictable under:

A.     Title 18, United States Code, Section 1028, identity theft and fraud related to identification documents; and

40

B.      Title 18, United States Code, Section 1029, access device fraud.

3.      It was a part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the enterprise.

**ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1962(D).**

<u>**COUNTS THREE THROUGH SEVENTEEN**</u>
**Trafficking in and Production of False Identification Documents**

On or about each of the dates set forth below, in the State and Federal District of Nevada, and elsewhere,

[3] **ALEXANDER KOSTYUKOV** a.k.a. Temp a.k.a. Klbs;
[4] **MACEO BOOZER III** a.k.a. XXXSimone a.k.a. G4 a.k.a. El Padrino a.k.a. Mr. Right a.k.a. mrdc87;
[5] ██████████ a.k.a. Ray Wong a.k.a. Ray;
[6] **EDWARD MONTECALVO** a.k.a. N1ghtmare a.k.a. Tenure44;
[21] **MICHAEL LOFTON** a.k.a. Killit a.k.a. Lofeazy;
[22] **SHIYANG GOU** a.k.a. Cder;
[23] **DAVID RAY CAMEZ** a.k.a. Bad Man a.k.a. Doctorsex;
[24] **CAMERON HARRISON** a.k.a. Kilobit;
[25] ██████████ a.k.a. Qiller;
[28] **JOHN DOE 1** a.k.a Senna071; and
[29] **JOHN DOE 2** a.k.a. Morfiy;

defendants herein, together with and aiding and abetting one another, and others known and unknown, did knowingly and without lawful authority produce, and did cause others to produce, false identification documents, which were transported in the mail in the course of the unauthorized production, in and affecting interstate and foreign commerce, and the offense involved the production and transfer of false identification documents that are and appear to be driver's licenses, with each false identification document set forth below constituting a separate violation of Title 18, United States Code, Sections 1028(a)(1), (b)(1)(A)(ii), and (c)(3); and Title 18, United States Code, Section 2, as follows:

| Counts | Defendant | Date | Type of Document | Name |
|--------|-----------|------|------------------|------|
| THREE | [21] **LOFTON** | January 23, 2009 | NV DL | M. Webb |
| FOUR | [3] **KOSTYUKOV** | April 24, 2009 | NV DL | A. Kostyukov |

41

| | | | | |
|---|---|---|---|---|
| FIVE | [4] **BOOZER III** | May 19, 2009 | TX DL | M. Wright |
| SIX | [22] **GOU** | May 26, 2009 | NV DL | J. Wang |
| SEVEN | [23] **CAMEZ** | May 28, 2009 | NV DL | J. Henry |
| EIGHT | [3] **KOSTYUKOV** | June 30, 2009 | NV DL | M. Ulitin |
| NINE | [5] ▮▮▮ | September 14, 2009 | NY DL | D. Pena |
| TEN | [28] **SENNA071** | October 6, 2009 | NV DL | L. Sadik |
| ELEVEN | [3] **KOSTYUKOV** | October 13, 2009 | WA DL | R. Sadriev |
| TWELVE | [28] **SENNA071** | October 20, 2009 | NV DL | A. Davis |
| THIRTEEN | [6] **MONTECALVO** | November 9, 2009 | VA DL | E. Montecalvo |
| FOURTEEN | [24] **MORFIY** | November 19, 2009 | NV DL | F. Grolsh |
| FIFTEEN | [21] **LOFTON** | February 11, 2010 | NV DL | K. Marshall |
| SIXTEEN | [24] **HARRISON** | February 25, 2010 | GA DL | D. Mock |
| SEVENTEEN | [25] ▮▮▮ | April 12, 2011 | GA DL | D. Vasic |

**COUNT EIGHTEEN**
**Attempt to Unlawful Produce False Identification Documents; Aiding and Abetting**

From on or about April 16, 2011, until on or after May 18, 2011, in the State and Federal District of Nevada, and elsewhere, [30] **JOHN DOE 3** a.k.a. Gruber, defendant herein, together with and aiding and abetting others known and unknown, did knowingly and without lawful authority attempt to produce, and did attempt to cause others to produce, false identification documents, in and affecting interstate and foreign commerce, and the offense involved the production and transfer of false identification documents that are and appear to be approximately two (2) Florida driver's licenses, in violation of Title 18, United States Code, Sections 1028(a)(1), (b)(1)(A)(I), and (c)(3)(A); and (f); and Title 18, United States Code, Section 2.

**COUNT NINETEEN**
**Conspiracy to Unlawfully Transfer False Identification Documents**

Beginning on or about August 22, 2008, and continuing to on or about March 23, 2009, in the State of Nevada, and elsewhere, [1] ▮▮▮▮▮ a.k.a. Admin a.k.a. Support,

42

defendant herein, did knowingly and intentionally combine, conspire and agree with others known and unknown, to commit offenses against the laws of the United States, namely to knowingly transfer and cause others to transfer false identification documents, knowing that such documents were produced without lawful authority, and the production and transfer of the false identification documents was in and affecting interstate and foreign commerce, and the offense involved the production and transfer of false identification documents that are and appear to be driver's licenses, all in violation of Title 18, United States Code, Sections 1028(a)(2), (b)(1)(A)(ii), (c)(3)(A), and (f).

## COUNT TWENTY
### Unlawful Transfer, Possession and Use of A Means of Identification;
### Aiding and Abetting

On or about October 19, 2007, in the State and Federal District of Nevada, and elsewhere, [8] ███████████████ a.k.a. ███████████ a.k.a. CC - - Trader a.k.a. Kengza; defendant herein, together with and aiding and abetting others known and unknown, did knowingly transfer, possess and use, in and effecting interstate and foreign commerce, without lawful authority, a means of identification of another person, including but not limited to, a stolen credit card account number, account holder's name, date of birth, Social Security number, address, and telephone number, that is, Discover Card account number X-5598; account holder's name B. Detrich; Social Security number X-9986; and telephone number X-5662; with the intent to commit and to aid and abet the commission of and in connection with any unlawful activity that constitutes a violation of Federal law, to wit: Wire Fraud in violation of Title 18, United States Code, Section 1343, all in violation of Title 18, United States Code Sections 1028(a)(7), (b)(2)(B), and (c)(3)(A); and Title 18, United States Code, Section 2.

## COUNT TWENTY ONE
### Trafficking in and Use of Counterfeit and Unauthorized Access Devices;
### Aiding and Abetting

On or about March 1, 2011, in the State and Federal District of Nevada, and elsewhere, [26] **DUVAUGHN BUTLER** a.k.a. Mackmann, defendant herein, together with and aiding and abetting others known and unknown, did knowingly and with intent to defraud, traffic in and use an

43

unauthorized access device, to wit: a Chase Bank MasterCard credit card account, number ending in X-8088, which was stolen and obtained with the intent to defraud, and by such conduct did, on or about that same date, obtain things of value in excess of one thousand dollars ($1,000.00), that is, approximately one thousand fifty three dollars ($1,053.00) in goods and merchandise, from Walmart, store number 2593, in or around Las Vegas, Nevada, with said trafficking and use in and affecting interstate commerce, all in violation of Title 18, United States Code, Sections 1029(a)(2) and (c)(1)(a)(I); and Title 18, United States Code, Section 2.

## COUNTS TWENTY TWO THROUGH FIFTY FIVE
### Possession of Fifteen or More Counterfeit and Unauthorized Access Devices; Aiding and Abetting

On or about each of the dates set forth below, in the State and Federal District of Nevada, and elsewhere,

[2] ██████████ a.k.a. Graf;
[6] **EDWARD MONTECALVO** a.k.a N1ghtmare a.k.a. Tenure44;
[8] ██████████ a.k.a. ██████████ a.k.a. CC- - Trader a.k.a. Kengza;
[14] ██████████ a.k.a. Track2 a.k.a. Bulba a.k.a. Ncux;
[16] ██████████ a.k.a. RABIE AYAD a.k.a. Patistota;
[17] ██████ a.k.a. Source;
[18] ██████ a.k.a. C4rd3R;
[19] ██████ a.k.a. Bowl;
[33] **JOHN DOE 6** a.k.a. Fozzy;
[34] **JOHN DOE 7** a.k.a. Vitrum a.k.a. Lermentov;
[35] ██████████ a.k.a. Panther a.k.a. Euphoric a.k.a. Darkmth;
[36] **JOHN DOE 8** a.k.a. TM;
[37] **JOHN DOE 9** a.k.a. Zo0mer a.k.a. Deputat;and
[38] **JOHN DOE 10** a.k.a. Centurion;

defendants herein, together with and aiding and abetting one another and others, known and unknown, knowingly and with intent to defraud, did possess fifteen (15) or more unauthorized access devices, that is stolen credit and debit card account numbers issued to persons other than the defendants, in and affecting interstate and foreign commerce, with each instance set forth below constituting a separate violation of Title 18, United States Code, Sections 1029(a)(3), and (c)(1)(A)(I); and Title 18 United States Code, Section 2, as follows:

44

| Count | Defendant | | Date | Approximate No. Devices |
|-------|-----------|---|------|-------------------------|
| TWENTY TWO | [8] | ███████ | February 22, 2008 | 22 |
| TWENTY THREE | [8] | ██████ | March 9, 2009 | 25 |
| TWENTY FOUR | [6] | **MONTECALVO** | January 21, 2010 | 50 |
| TWENTY FIVE | [6] | **MONTECALVO** | April 5, 2010 | 220 |
| TWENTY SIX | [14] | █████ | January 20, 2011 | 29 |
| TWENTY SEVEN | [11] | ████ | March 15, 2011 | 15 |
| TWENTY EIGHT | [36] | **TM** | March 16, 2011 | 20 |
| TWENTY NINE | [14] | █████ | March 18, 2011 | 20 |
| THIRTY | [37] | **ZO0MER** | March 18, 2011 | 20 |
| THIRTY ONE | [17] | █████ | March 18, 2011 | 17 |
| THIRTY TWO | [18] | █████ | March 23, 2011 | 20 |
| THIRTY THREE | [2] | █████ | March 24, 2011 | 20 |
| THIRTY FOUR | [11] | █████ | March 24, 2011 | 20 |
| THIRTY FIVE | [33] | **FOZZY** | March 24, 2011 | 20 |
| THIRTY SIX | [36] | **TM** | March 24, 2011 | 20 |
| THIRTY SEVEN | [37] | **ZO0MER** | March 24, 2011 | 23 |
| THIRTY EIGHT | [38] | **CENTURION** | March 24, 2011 | 18 |
| THIRTY NINE | [18] | █████ | March 26, 2011 | 60 |
| FORTY | [34] | **.VITRUM** | March 28, 2011 | 20 |
| FORTY ONE | [38] | **CENTURION** | March 28, 2011 | 74 |
| FORTY TWO | [33] | **FOZZY** | March 28, 2011 | 22 |
| FORTY THREE | [35] | █████ | March 28, 2011 | 20 |
| FORTY FOUR | [2] | █████ | March 29, 2011 | 21 |
| FORTY FIVE | [35] | █████ | April 6, 2011 | 38 |
| FORTY SIX | [35] | █████ | April 8, 2011 | 20 |

| Count | Defendant | Date | Approximate No. Devices |
|-------|-----------|------|-------------------------|
| FORTY SEVEN | [2] █████ | April 10, 2011 | 21 |
| FORTY EIGHT | [18] █████ | April 11, 2011 | 20 |
| FORTY NINE | [36] **TM** ████ | April 11, 2011 | 20 |
| FIFTY | [37] **ZO0MER** | April 11, 2011 | 19 |
| FIFTY ONE | [19] █████ | April 12, 2011 | 49 |
| FIFTY TWO | [38] **CENTURION** | April 12, 2011 | 22 |
| FIFTY THREE | [19] █████ | April 22, 2011 | 12,710 |
| FIFTY FOUR | [17] █████ | April 29, 2011 | 15 |
| FIFTY FIVE | [14] █████ | May 12, 2011 | 100 |

## COUNTS FIFTY SIX THROUGH SIXTY
### Trafficking In and Possessing Access Device-Making Equipment;  Aiding and Abetting

On or about each of the dates set forth below, in the State and Federal District of Nevada, and elsewhere,

[9] **JERMAINE SMITH** a.k.a. Sircharlie57 a.k.a. Fairbusinessman;
[15] **QASIR MUKHTAR** a.k.a. Caliber; and
[39] **JOHN DOE 11** a.k.a. Consigliori;

defendants herein, together with and aiding and abetting one another, and others known and unknown, did knowingly and with the intent to defraud, traffic in, have control and custody over, and possess device-making equipment, that is blank plastic cards used in the production of counterfeit access devices, which are issued, owned, managed and controlled by a financial institution, account issuer, or credit card system member within the jurisdiction of the United States, in and affecting interstate and foreign commerce, with each instance set forth below constituting a separate violation of Title 18, United States Code, Sections 1029(a)(4), (c)(1)(A)(ii), and (h); and Title 18, United States Code, Section 2, as more fully set forth below:

. . .

. . .

46

| COUNT | Defendant | Date | Approximate No. Plastic Cards |
|---|---|---|---|
| FIFTY SIX | [15] **MUKHTAR** | March 22, 2011 | 26 |
| FIFTY SEVEN | [9] **SMITH** | April 5, 2011 | 10 |
| FIFTY EIGHT | [39] **CONSIGLIORI** | April 15, 2011 | 20 |
| FIFTY NINE | [39] **CONSIGLIORI** | May 23, 2011 | 20 |
| SIXTY | [39] **CONSIGLIORI** | June 9, 2011 | 20 |

## COUNTS SIXTY ONE AND SIXTY TWO
### Conspiracy to Trafficking In and Possess Access Device-Making Equipment

On or about the dates set forth below, in the State and Federal District of Nevada, and elsewhere,

[9] **JERMAINE SMITH** a.k.a. Sircharlie57 a.k.a. Fairbusinessman;
[11] ██████████ a.k.a. Bank Manager a.k.a. Document Manager a.k.a. Corey; and
[26] **DUVAUGHN BUTLER** a.k.a. Mackmann;

defendants herein, together with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree among themselves, and with others, to commit offenses against the laws of the United States, namely, to knowingly and with the intent to defraud, traffic in, have control and custody over, and possess device-making equipment, that is, blank plastic cards used in the production of counterfeit access devices, which are issued, owned, managed and controlled by a financial institution, account issuer, or credit card system member within the jurisdiction of the United States, in and affecting interstate and foreign commerce, with each instance set forth below constituting a separate violation of Title 18, United States Code, Sections 1029(a)(4), (b)(2), (c)(1)(A)(ii), and (h), as more fully set forth below:

| COUNT | Defendant | Date | Approx. No. Plastic Cards |
|---|---|---|---|
| SIXTY ONE | [9] **SMITH &** [26] **BUTLER** | August 31, 2010 | 10 |
| SIXTY TWO | [11] ██████ [26] **BUTLER** | February 16, 2011 | 10 |

47

## FORFEITURE ALLEGATION

1.      The allegations contained in Counts One and Two of this Indictment are hereby repeated, realleged, and incorporated by reference herein as though fully set forth at length for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 1963 and Title 28, United States Code, Section 2461(c).  Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 1963 in the event of any defendant's conviction under Counts One and Two.

2.      The defendants,

[1] ███████████████ a.k.a. Admin a.k.a. Support;
[2] ██████████████ .k.a. Graf;
[3] **ALEXANDER KOSTYUKOV** a.k.a. Temp a.k.a. Klbs;
[4] **MACEO BOOZER III** a.k.a. XXXSimone a.k.a. G4 a.k.a. El Padrino a.k.a. Mr. Right a.k.a. mrdc87;
[5] ██████████ a.k.a. Ray Wong a.k.a. Ray;
[6] **EDWARD MONTECALVO** a.k.a. N1ghtmare a.k.a. Tenure44;
[7] ████████████ a.k.a Ibatistuta;
[8] ██████████████ a.k.a. ██████████████ a.k.a. CC - - Trader a.k.a. Kengza;
[9] **JERMAINE SMITH** a.k.a. Sircharlie57 a.k.a. Fairbusinessman;
[10] **MAKYL HAGGERTY** a.k.a. Wave;
[11] ████████████████ a.k.a. Bank Manager a.k.a. Document Manager a.k.a. Corey;
[12] ████████████ a.k.a. Abagnalefrank;
[13] ████████████ a.k.a. Devica;
[14] ██████████ a.k.a. Track2 a.k.a. Bulba a.k.a. Ncux;
[15] **QASIR MUKHTAR** a.k.a. Caliber;
[16] ████████ a.k.a. ████████ a.k.a. Patistota;
[17] ██████████ a.k.a. Source;
[18] ████████████ a.k.a. C4rd3R;
[19] ████████████ a.k.a. Bowl;
[20] ████████████ a.k.a. Dorbik a.k.a. Matad0r;
[21] **MICHAEL LOFTON** a.k.a. Killit a.k.a. Lofeazy;
[22] **SHIYANG GOU** a.k.a. Cder;
[23] **DAVID RAY CAMEZ** a.k.a. Bad Man a.k.a. Doctorsex;
[24] **CAMERON HARRISON** a.k.a. Kilobit;
[25] ██████████ a.k.a. Qiller;
[26] **DUVAUGHN BUTLER** a.k.a. Mackmann;
[27] **FREDRICK THOMAS** a.k.a 1Stunna;
[28] **JOHN DOE 1** a.k.a Senna071;
[29] **JOHN DOE 2** a.k.a. Morfiy;
[30] **JOHN DOE 3** a.k.a. Gruber;
[31] **JOHN DOE 4** a.k.a. Maxxtro;

48

[32] **JOHN DOE 5** a.k.a. Elit3;
[33] **JOHN DOE 6** a.k.a. Fozzy;
[34] **JOHN DOE 7** a.k.a. Vitrum a.k.a. Lermentov;
[35] ███████████ a.k.a. Panther a.k.a. Euphoric a.k.a. Darkmth;
[36] **JOHN DOE 8** a.k.a. TM;
[37] **JOHN DOE 9** a.k.a. Zo0mer a.k.a. Deputat;
[38] **JOHN DOE 10** a.k.a. Centurion; and
[39] **JOHN DOE 11** a.k.a. Consigliori;

i.      have acquired and maintained interests in violation of Title 18, United States Code, Section 1962, which interests are subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(1);

ii.      have an interest in, security of, claims against, and property and contractual rights which afford a source of influence over, the enterprise named and described herein which the defendants established, operated, controlled, conducted, and participated in the conduct of, in violation of Title 18, United States Code, Section 1962, which interests, securities, claims, and rights are subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963 (a)(2);

iii.      have property constituting and derived from proceeds obtained, directly and indirectly, from racketeering activity, in violation of Title 18, United States Code, Section 1962, which property is subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(3).

3.      The interests of the defendants subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(1), (a)(2), and (a)(3), include but are not limited to at least twenty (20) million dollars and all interests and proceeds traceable thereto.

4.      If any of the property cannot be located, has been transferred or sold to or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, the court shall order the forfeiture of any other property of the defendants up to the value of at least twenty (20) million dollars and all interests and proceeds traceable thereto as set forth in Section 1963(m).

49

5.    The above-named defendants, and each of them, are jointly and severally liable for the forfeiture obligations as alleged above.

All pursuant to Title 18, United States Code, Section 1963.

**DATED:** this _10_ day of January, 2012

**A TRUE BILL:**

_____
/s/
FOREPERSON OF THE GRAND JURY


DANIEL G. BOGDEN
United States Attorney



KIMBERLY M. FRAYN
ANDREW W. DUNCAN
Assistant United States Attorneys

50